UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **MIRANDA RIVERA, INDIVIDUALLY,** § | | |
| **AND AS PERSONAL REPRESENTATIVE** § | | |
| **OF THE ESTATE OF SERGIO RIVERA,** § | | |
| **DECEASED, AND TERESA RIVERA,** § | | |
| **INDIVIDUALLY** § | | |
| § | | |
| **VS.** § | **CIVIL ACTION NO. _____** | |
| § | | |
| **PATRICIO PALACIOS, INDIVIDUALLY,** § | | |
| **AND AS OWNER OF THE F/V AIMEE** § | | |
| **MARIE** § | | |

### SEAMAN'S DECLARATION

In the above entitled action, which is brought by MIRAND RIVERA, as Personal Representative and Administrator of the Estate of SERGIO RIVERA, the Decedent, SERGIO RIVERA, was a seaman and claims the benefits of the United States Code, Title 28, Section 1916, which provides that:

"In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor"

Pursuant to 28 USC 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on the 29th day of March, 2017.

/s/ Carolyn M. Latti
Carolyn M. Latti, BBO 567394
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000