# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  | Civil Action<br>No: 17cv10541-WGY |
|---|---|

Miranda Rivera

**Plaintiff**

v.

Patricio Palacios
**Defendant**

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

    The Court having been advised on August 30, 2018 that the above-entitled action has been settled:

    IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/Matthew A. Paine
_____
**Deputy Clerk**

August 30, 2018

**To: All Counsel**